No. 77–1465. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR v. RASMUSSEN ET AL.; and

No. 77–1491. GEO CONTROL, INC., ET AL. v. RASMUSSEN ET AL., 440 U. S. 29. Motion of respondents for clarification of order denying motion for award of attorney's fees, entered April 2, 1979 [440 U. S. 978], denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 77–1645. TRANSAMERICA MORTGAGE ADVISORS, INC. (TAMA), ET AL. v. LEWIS. C. A. 9th Cir. [Certiorari granted, 439 U. S. 952];

No. 77–1844. CITY OF MOBILE, ALABAMA, ET AL. v. BOLDEN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 439 U. S. 815];

No. 78–357. WILLIAMS ET AL. v. BROWN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 439 U. S. 925];

No. 78–425. P. C. PFEIFFER Co., INC., ET AL. v. FORD ET AL. C. A. 5th Cir. [Certiorari granted, 439 U. S. 978];

No. 78–5420. PAYTON v. NEW YORK; and

No. 78–5421. RIDDICK v. NEW YORK. Ct. App. N. Y. [Probable jurisdiction noted, 439 U. S. 1044.] These cases are restored to the calendar for reargument.

No. 78–1006. BROWN, SECRETARY OF DEFENSE, ET AL. v. GLINES. C. A. 9th Cir. [Certiorari granted, 440 U. S. 957.] Motion of respondent for appointment of counsel granted, and it is ordered that David Michael Cobin, Esquire, of St. Paul, Minn., be appointed to serve as counsel for respondent in this case.

No. 78–6359. GREEN v. RALSTON, U. S. MAGISTRATE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 78–385. VOLPE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.